**CRIMINAL COMPLAINT**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Abran Ramon TADEO**<br><br>DOB: 1970; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**16-03327MJ** |

Complaint for violation of Title 18 United States Code § 111(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about the 28th day of December, 2016, at or near Three Points, Arizona, in the District of Arizona, Abran Ramon TADEO did intentionally and forcibly assault United States Border Patrol Agent Edmundo Lopez, an officer of the United States, while Agent Lopez was engaged in and on account of the performance of his official duties; that is, Abran Ramon TADEO intentionally assaulted Agent Lopez by striking Agent Lopez with TADEO's vehicle and causing Agent Lopez reasonable apprehension of immediate bodily harm; in violation of Title 18, United States Code, Section 111(a)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 28, 2016, Abran Ramon TADEO was the driver of a recreational vehicle which was stopped at the United States Border Patrol Checkpoint on State Route 86 near Three Points, Arizona. United States Border Patrol agents attempted to conduct a routine immigration inspection of the occupants of the vehicle. TADEO refused and became agitated and argumentative with the agents. Agent Edmundo Lopez, who was on duty in his official capacity as a United States Border Patrol agent at the checkpoint, responded to the vehicle to assist other agents. Agent Lopez was standing at the front passenger side of the vehicle while other agents were asking TADEO and the passengers to exit the vehicle. TADEO refused to exit and instead stepped on the gas pedal, abruptly accelerating the vehicle forward. Agent Lopez was struck in his left shoulder by the passenger side mirror of TADEO's vehicle. Agent Lopez was in fear for his life, believing TADEO might run him over with the vehicle. The agents commanded TADEO to stop the vehicle, and eventually TADEO exited the vehicle. Upon exiting the vehicle, TADEO continued to be combative with agents. TADEO refused to comply with the agents' commands, repeatedly attempted to flee from the agents, and physically resisted arrest.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

N/A

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY: AUSA _____ | SIGNATURE OF COMPLAINANT<br><br>Cesar Ponce<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1]   *Leslie A. Bowman* | DATE<br>December 29, 2016 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54